BEFORE THE THIRD DIVISION, MAY 9, 1939

No. 41274.—Protest 952456–G of B. J Shapiro (New York).

Opinion by CLINE, J. There was testimony that the importation consists of bristles the product of three different countries: Poland, Union of Soviet Socialist Republics, and India. From the record it was found that two cases contained bristles packed without immediate covering and that the cases were legally marked.

On the authority of Abstract 40290 bristles wrapped in paper-covered packages marked "Siberia, U. S. S. R." were held legally marked. The record failed to show that the immediate containers of the bristles in two cases were legally marked. The protest was overruled to that extent.